AO 91 (Rev. 11/11) Criminal Complaint

FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
Michael Mena (YOB 1982)

*Defendant(s)*

Case No. **26mj4128**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 14, 2026 in the county of Bernalillo in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922 (g)(1) and 924 | felon in possession of a firearm and ammunition; |
| 18 U.S.C. § 924 (c)(1)(A)(i) | carrying and possessing a firearm during or in relation to a drug trafficking crime and possessing a firearm in furtherance of that crime; |
| 21 U.S.C. § 841 (a)(1) and (b)(1)(B) | possession with intent to distribute 5 grams and more of Methamphetamine. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Jacob Naranjo, FBI Special Agent

*Printed name and title*

Electronically Submitted and Telephonically Sworn.

Date: 8/14/2026

*Judge's signature*

City and state: Albuquerque, New Mexico

Jennifer M. Rozzoni, U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Jacob Naranjo, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since February 2020. I am currently assigned to the FBI Albuquerque Division, Santa Fe Residency Agency. I completed a 21-week course at the FBI Academy in Quantico, Virginia, where I received hundreds of hours of training in the investigation of violations of federal laws, including crimes of violence and narcotic offenses. Additionally, I have conducted several investigations for suspected violations of federal law, including Indian Country crimes. I have assisted in several investigations of firearm related offenses, to include the possession of firearms and ammunition by convicted felons. I have received on the job training from other experienced agents and law enforcement officers. My investigative training and experience includes, but is not limited to, conducting surveillance, interviewing subjects, writing affidavits for arrest and search warrants, including warrants seeking location information, collecting evidence, reviewing electronic devices and learning legal matters which includes the topics of fourth amendment searches.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

3. I am submitting this affidavit in support of a criminal complaint and arrest warrant charging MICHAEL MENA (YOB 1982) with the following violations of the United States Code:

a. 18 U.S.C. §§ 922(g)(1) and 924. that being a felon in possession of a firearm and ammunition;

b. 18 U.S.C. § 924 (c)(1)(A)(i), that being carrying a firearm during or in relation to a drug trafficking crime and possessing a firearm in furtherance of that crime; and

c. 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), that being possession with intent to distribute 5 grams and more of Methamphetamine.

**PROBABLE CAUSE**

4. On April 28, 2026, the Tesuque Pueblo Tribal Police Department (TTPD) contacted the FBI Santa Fe Resident Agency regarding possible drug trafficking crimes and felon in possession of a firearm violations that occurred at their casino located at 7 Tesuque Road, Santa Fe, New Mexico.

5. On April 24, 2026, at approximately 12:15 p.m., casino security was conducting a routine bathroom check where they located a firearm, pre-packaged individual plastic bags with a crystal white substance inside, an electronic scale, handcuffs, and various ID, EBT, and bank cards that were hidden inside the men's bathroom toilet seat cover dispensers**.** Casino security immediately closed the bathroom and TTPD was dispatched to the scene.

6. A review of the casino's security cameras showed MENA sitting at a slot machine inside the casino at approximately 10:27 a.m. As MENA casually walked through the

casino, carrying a black bag, MENA appeared to look out the casino windows towards the parking lot where a red motorcycle was parked.

7. Around the same time, TTPD Officer Vigil was conducting routine patrol when he noticed a red motorcycle chained to a streetlight pole in the casino's parking lot. After a further inspection, Officer Vigil observed the motorcycle's vehicle identification number (VIN) to have been altered or obscured.

8. After MENA briefly looked out the window, he immediately grabbed onto his black bag before walking briskly in the opposite direction. MENA then returned to the same slot machine for a few seconds before walking straight into the men's bathroom.

9. MENA departed the men's bathroom a couple minutes later. MENA returned to the same slot machine for few seconds before departing casino in the direction of the red motorcycle. Officer Vigil greeted MENA and advised Officer Vigil the motorcycle was not his. After Officer Vigil explained to MENA the motorcycle's VIN appeared to be altered and the Nader label was removed, the motorcycle was going to be towed until the owner could be determined. MENA departed the area on foot.

10. According to casino security, the casino opened at 10 a.m. that morning. Bathroom checks are routinely conducted every hour. Due to casino security assisting with the motorcycle incident that morning, bathroom checks were not conducted at 11 o'clock hour.

11. Once TTPD was dispatched back to the casino, at approximately 12:30 p.m., TTPD Officer Ortega met with casino security inside the casino men's bathroom in which MENA had been seen entering. Officer Ortega collected the following items that were found inside the bathroom stall's toilet seat cover dispensers: a Beretta Model 92FS 9mm caliber handgun bearing Serial Number A281152Z loaded with ammunition; prepackaged Ziplock type

bags containing a white crystal substance; an electronic scale; various ID, EBT/bank cards with several different names on them; and a pair of handcuffs. Of the various identification cards collected, there was an EBT card and bank card with MENA's name printed on the cards.

12. On July 28, 2026, I reviewed a chemical analysis report from the Drug Enforcement Administration South Central Laboratory stating the white crystal substance contained in eight small plastic bags weighed approximately 15.6 grams and tested positive for methamphetamine hydrocholoride. The substance purity amount was 99% (+/-7%), further identifying the total pure substance weight of methamphetamine hydrocholoride to be approximately 15.4 grams.

13. I know through training and experience that the manner in which the methamphetamine was packaged is indicative of an intent to distribute. I further know through training and experience that scales are a tool of the trade of drug traffickers that are used to weigh controlled substances that are intended for distribution. Finally, I know that firearms are a tool of the trade of drug traffickers that are used to protect both themselves and their inventory.

**INTERSTATE NEXUS**

14. I examined the Beretta Model 92FS 9mm caliber pistol, with serial number A281152Z. I confirmed the firearm was manufactured by Beretta in Italy and I believe it meets the federal definition of a "firearm." Therefore, MENA's possession of the firearm on April 24, 2026, within the District of New Mexico was in and affecting interstate commerce.

**DEFENDANT'S PRIOR FELONY CONVICTIONS**

15. MENA's criminal history dates back to 1995. Since then, MENA appeared to have numerous felony convictions from the state of California. In addition, MENA was convicted for possession of a stolen motor vehicle in Nevada (2007-F09159). The most recent

felony conviction was in 2021 from Merced County, California for possession of a controlled substance while armed, carrying a firearm in a public space, and felon in possession of a firearm and ammunition (21CR-00080A).

**CONCLUSION**

16. Based on the above information, I believe that there is probable cause to charge MENA with violations of 18 U.S.C. §§ 922(g)(1) and 924, that being a felon in possession of a firearm and ammunition; 18 U.S.C. § 924(c)(1)(A)(i), that being carrying a firearm during or in relation to a drug trafficking crime and possessing the firearm in furtherance of that crime; and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), that being possession with intent to distribute 5 grams and more of Methamphetamine.

17. Supervisory Assistant United States Attorney Jack Burkhead reviewed and approved this affidavit.

Respectfully submitted,

Jacob Naranjo
Special Agent
FBI

Electronically signed and telephonically sworn before me on August 14, 2026.

JENNIFER ROZZONI
UNITED STATES MAGISTRATE JUDGE